IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PROBITY ENTERPRISES, INC. | |
| Plaintiff, | Case No. 3:19-cv-00085-WHR |
| | Judge Walter H. Rice |
| v. | |
| LEGION LOGISTICS, LLC. | |
| Defendant | |

## ORDER EXTENDING TIME

This matter is before the Court upon Defendant Legion Logistics, LLC's Unopposed Motion for Extension of Time in which to respond to the Motion of Plaintiff Probity Enterprises, Inc. to File under Seal.

The Court finds the Motion for Extension of Time to be well taken.

It is the Order of this Court that Defendant Legion Logistics, LLC shall have until May 1, 2019 to respond to Plaintiff Probity Enterprises' Motion to File under Seal.

_____
Honorable Judge Walter H. Rice