| | |
|---|---|
| PROBITY ENTERPRISES, INC.<br>4031 Colonel Glenn Hwy,<br>Beavercreek, OH 45431<br><br>Plaintiff,<br><br>v.<br><br>LEGION LOGISTICS, LLC.<br>600 Meijer Drive, Suite 304,<br>Florence, KY 41042<br><br>Defendants. | CASE NO. 3:19cv85<br><br>] ORDER GRANTING MOTION OF PLAINTIFF PROBITY ENTERPRISES, INC. TO FILE UNDER SEAL |

Pursuant to Ohio Sup. R. 45(E) and for all of the reasons stated in the Motion of Plaintiff Probity Enterprises, Inc. to File Under Seal (the "Motion"), the Motion is Granted. It is hereby ORDERED that Plaintiff Probity Enterprises, Inc. file under seal an un-redacted version of Exhibit A to its Complaint and disclose the identities of Customer 1 and Customer 2 as Exhibit B to its Complaint within 14 days of this Order.

_[signature]_

1328699.1