IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PROBITY ENTERPRISES, INC. | Case No. 3:19-cv-00085 |
| Plaintiff, | Judge Walter H. Rice |
| v. | |
| LEGION LOGISTICS, LLC. | |
| Defendant | |

## ORDER SETTING CUT-OFF DATE

This matter is before the Court upon Plaintiff Probity Enterprises Inc.'s motion to set November 30, 2019 as the cut-off date for any motion to amend the pleadings and/or to add additional parties. Defendant Legion Logistics, LLC concurs with this motion.

The Court finds the motion to be well taken.

It is the Order of this Court that the cut-off date for any motion to amend the pleadings and/or add additional parties is November 30, 2019. The Scheduling Order to be filed shortly shall so reflect.

_____
Honorable Judge Walter H. Rice