# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

PROBITY ENTERPRISES, INC.

    Plaintiff,

v.

LEGION LOGISTICS, LLC.

    Defendant

Case No. 3:19-cv-00085
Judge Walter H. Rice

## ORDER EXTENDING CUT-OFF DATE

This matter is before the Court upon Plaintiff probity Enterprises Inc.'s motion to extend the cut-off date for any motion to amend the pleadings and/or to add additional parties, currently November 30, 2019, to January 30, 2020. Defendant Legion Logistics, LLC concurs with this motion.

The Court finds the motion to be well taken.

It is the Order of this Court that the cut-off date for any motion to amend the pleadings and/or add additional parties is hereby extended to January 30, 2020. The Scheduling Order to be filed shortly shall so reflect.

_____
Honorable Judge Walter H. Rice